UNITED STATES of America,
Plaintiff–Appellee,

v.

Keith BARBER, Defendant–Appellant.

No. 09–14756

Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

April 23, 2010.

Cynthia Maisano, Hagler & Hyles, Columbus, GA, for Defendant–Appellant.

Michelle Schieber, Macon, GA, for Plaintiff–Appellee.

Before TJOFLAT, MARCUS and ANDERSON, Circuit Judges.

PER CURIAM:

Cynthia Maisano, appointed counsel for Keith Barber, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Barber's conviction and sentence is **AFFIRMED**.